Layne Friedrich (Bar No. 195431)
  E-mail: layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
  E-mail: drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Michael Lozeau (Bar No. 142893)
  E-mail: michael@lozeaudrury.com
LOZEAU | DRURY LLP
410 12th Street, Suite 250
Oakland, California 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE UTILITIES DISTRICT, a California Special District,<br><br>Defendant. | Civil Case No.: 1:12-CV-01051-AWI-SMS<br><br>**STIPULATED REQUEST TO EXTEND SCHEDULING CONFERENCE; ORDER**<br><br>Hon. Sandra M. Snyder<br><br>Scheduling Conference Date: September 25, 2012<br>**NEW** Scheduling Conference Date: November 6, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251,** *et seq.***)** |

**STIPULATION**

California Sportfishing Protection Alliance ("Plaintiff") and Tuolumne Utilities District ("Defendant") hereby stipulate to the following and jointly request that the Court extend the Scheduling Conference and Joint Scheduling Report deadline.

WHEREAS, Plaintiff filed its complaint against Defendant on June 26, 2012. *See* Electronic Case File ("ECF") Docket No 1;

WHEREAS, for the last several months Defendant and Plaintiff have been engaged in good faith settlement discussions, including conducting an in-person meeting, which included a tour of Defendant's facilities, and exchanging documents to facilitate settlement;

WHEREAS, in light of these good faith settlement efforts, Plaintiff has not yet served the complaint on Defendant, with the goal of conserving the parties' resources pending the ongoing discussions. The deadline for service of the complaint is October 25, 2012;

WHEREAS, Defendant has not yet entered an appearance in this case, and by entering into this stipulation, Defendant does not waive any defense they may have in this case;

WHEREAS, on June 27, 2012, the Court issued its Order Setting Mandatory Scheduling Conference Requiring the Parties to Confer Pursuant to Fed. R. Civ. P. 26(f). In this Order, the Court set the Scheduling Conference for September 25, 2012, at 9:30 a.m. and ordered that the Joint Scheduling Report shall be filed one (1) full week prior to the Scheduling Conference. *See* ECF Dkt. No. 6;

WHEREAS, the parties believe continuing the Scheduling Conference and associated deadlines will allow the parties to continue to focus on settlement, saving the parties' and the Court's resources;

WHEREAS, the parties have not requested or obtained any prior extensions of time;

THEREFORE, the parties hereby stipulate and respectfully request that the Court continue the Scheduling Conference and associated deadlines as follows:

1. The Scheduling Conference shall be set for November 6, 2012, at 10:00 a.m.
2. The parties' Joint Scheduling Report shall be due October 30, 2012.

///

///

Dated:  September 14, 2012                LAWYERS FOR CLEAN WATER, INC.

By:    /s/Drevet Hunt
       Layne Friedrich
       Drevet Hunt
       Attorneys for Plaintiff
       California Sportfishing Protection Alliance

Dated:  September 14, 2012                SOMACH SIMMONS & DUNN

By:    /s/Kanwarjit S. Dua (as authorized on 9/14/2012)
       Kanwarjit S. Dua
       Attorneys for Defendant
       Tuolumne Utilities District

## **ORDER**

Pursuant to stipulation of the parties, the Court orders:

1. The Scheduling Conference set for September 25, 2012, is continued and reset for November 6, 2012, at10:00 a.m.

2. The Joint Scheduling Report is due October 30, 2012, one (1) full week prior to the Scheduling Conference.

**IT IS SO ORDERED.**

DATE:  9/18/2012                          /s/ SANDRA M. SNYDER
                                          Sandra M. Snyder
                                          United States Magistrate Judge